### 24854. BRADEN v. STYNCHCOMBE, Sheriff.

DUCKWORTH, Chief Justice. The applicant for the writ of habeas corpus, on the advice of counsel, pled guilty to a felony charge after a hearing of an insanity plea in which he was found by a jury to be capable of standing trial. After the hearing, the lower court found he had had a fair trial; that none of his constitutional rights had been violated; and that he was competent to plead guilty; and from all the facts before the court, remanded the prisoner to the custody of the sheriff. *Held:*

The judge being the trior of facts as well as the law, and his judgment being supported by evidence, we find no abuse of his discretion. *Grier v. Balkcom,* 213 Ga. 133 (97 SE2d 151); *Allen v. Caldwell,* 224 Ga. 47 (159 SE2d 289).

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 13, 1968—DECIDED OCTOBER 10, 1968— REHEARING DENIED NOVEMBER 7, 1968.

*Walter M. Henritze, Jr., Henritze & Smith,* for appellant.
*Lewis R. Slaton, Solicitor General, J. Roger Thompson, J. Walter LeCraw,* for appellee.